UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALLAWAY GOLF COMPANY and DAILEY & ASSOCIATES, <br><br> Plaintiff, <br><br> v. <br><br> SCREEN ACTORS GUILD, INC., et al., <br><br> Defendants. | Case No. 07cv373 LAB (WMc) <br><br> **ORDER FOLLOWING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On August 8, 2007, the Court held a telephonic Case Management Conference pursuant to Rule 16.1 (d) of the Local Rules in the above entitled action. Appearing for Callaway Golf and Dailey & Associates were Kay Kochenderfer, Esq. and Wendy Wallace, Esq. Appearing for Screen Actors Guild, Inc. was Ira Gottlieb, Esq. Appearing for Producers Pension and Health Plans were Peter Dickinson, Esq. and Erica Deutsch, Esq.

After hearing from counsel of record, the Court issues the following orders:

1. Discovery is open and may begin;

2. Each of the parties shall identify a person responsible for coordinating discovery at their firm*;*

3. Each party shall lodge with chambers a list of *key depositions to be completed no later than November 12, 2007*. The list shall be lodged via email at efile_mccurine@casd.uscourts.gov on or before **August 29, 2007***;*

4. Counsel are ordered to appear *telephonically* **on September 4, 2007** at **9:00 a.m.** for a Telephonic Status Conference re: Discovery. **Counsel for Plaintiffs is ordered** to contact defense counsel and then initiate a *joint* call on the day and at the time indicated above to the Court at (619) 557-6624.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: August 8, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

HONORABLE LARRY A. BURNS, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD