UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CALLAWAY GOLF COMPANY, et al., | CASE NO. 07-0373-LAB(LSP) |
|---|---|
| Plaintiffs, | ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO COMPEL DISCOVERY (46-1) |
| v. | |
| | ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS (47-1) |
| SCREEN ACTORS GUILD, INC., et al., | |
| Defendants. | |

From June 13, 2007 to October 18, 2007, the Court held a series of conferences with counsel related to the implementation of discovery procedures in this case.

As part of the conferences, on October 4, 2007, the Court ordered counsel to submit a stipulated list of documents each side would voluntarily exchange and a list of documents that would be withheld from the voluntary exchange. On October 11, 2007, counsel submitted the list of both sets of documents in a Stipulation Regarding Exchange of Documents.

Thereafter, the Court ordered each party to file motions to

compel production of the documents that would not be voluntarily exchanged. On November 1, 2007, counsel filed Motions to Compel Production of Documents. On November 15, 2007, counsel filed Oppositions to each other's Motions. On November 29, 2007, counsel filed Replies to each other's Oppositions.

The Court, having reviewed Plaintiff's and Defendant's Motions, Oppositions and Replies, and GOOD CAUSE APPEARING, HEREBY ORDERS:

The Motions of the parties are GRANTED in part and DENIED in part, as set forth below. The Court also issues tentative rulings as to Plaintiff's Requests nos. 10, 11, 21-26, 28, 7 and 17 and Defendant's Request no. 15.

Plaintiff's Motion:

Request #6

Defendant shall produce all documents in its custody or under its control that are responsive to the Request, or serve on Plaintiff a formal response that all documents responsive to the Request have been produced.

Request #9

Defendant shall produce all documents in its custody or under its control that are responsive to the Request, or serve on Plaintiff a formal response that all documents responsive to the Request have been produced.

Requests ##30, 31

Defendant shall produce all documents in its custody or under its control, dated from January 1, 1999 to October 11, 2007, that are responsive to the Requests, or serve on Plaintiff a formal response that all documents responsive to the Requests have been produced.

<u>Requests ## 10, 11, 21-26, 28</u>

Plaintiff's Motion to Compel Production of Documents with regard to these Requests is DENIED without prejudice. There is insufficient information before the Court to determine whether the documents sought are relevant to any claim or defense, are reasonably calculated to lead to the discovery of admissible evidence, or are collateral in nature.

<u>Requests ## 12, 14, 15, 16</u>

Defendant shall produce all documents in its custody or under its control, dated from January 1, 1999 to October 11, 2007, that are responsive to the Requests, or serve on Plaintiff a formal response that all documents responsive to the Requests have been produced.

<u>Requests ## 18, 27</u>

Defendant shall produce all documents in its custody or under its control that are responsive to the Requests, or serve on Plaintiff a formal response that all documents responsive to the Requests have been produced.

<u>Request #20</u>

Defendant shall produce all documents in its custody or under its control, dated from January 1, 1999 to October 11, 2007, that are responsive to the Request, or serve on Plaintiff a formal response that all documents responsive to the Request have been produced.

<u>Requests ## 29, 34</u>

Plaintiff's Motion to Compel Production of Documents with regard to these requests is DENIED without prejudice.

<u>Requests ## 7, 17</u>

Plaintiff's Motion to Compel Production of Documents with regard to these Requests is DENIED without prejudice. There is insufficient information before the Court to determine whether the documents sought are relevant to any claim or defense, are reasonably calculated to lead to the discovery of admissible evidence, or are collateral in nature.

<u>Defendant's Motion</u>:

<u>Requests ## 1, 3, 4, 5, 6, 7, 8, 11, 12, 13</u>

Plaintiff shall produce all documents in its custody or under its control that are responsive to the Requests, or serve on Defendant a formal response that all documents responsive to the Request have been produced. Further, the documents to be produced shall include all documents whose inception date was before January 1, 1999 and were operative during the time period January 1, 1999 to October 11, 2007.

<u>Request #14</u>

Plaintiff shall produce all documents in its custody or under its control that are responsive to the Request, or serve on Defendant a formal response that all documents responsive to the Request have been produced.

<u>Request #15</u>

Defendant's Motion to Compel Discovery with regard to this Request is DENIED without prejudice. There is insufficient information before the Court to determine whether the documents sought are relevant to any claim or defense, are reasonably calculated to lead to the discovery of admissible evidence, or are collateral in nature.

1  The documents ordered to be produced in this Order shall be
2  produced on or before <u>January 29, 2008</u>.
3  If any party desires to present further clarification or
4  argument on the Court's tentative rulings, the Court will schedule
5  a hearing to address the issues.  If neither party contacts the
6  Court or before <u>January 17, 2008</u>, the tentative rulings will become
7  the final rulings of the Court.
8  IT IS SO ORDERED.

10 DATED:   January 14, 2008

           _____
           Hon. Leo S. Papas
           U.S. Magistrate Judge